## WATSON HOWELL *v.* STATE.

[60 South. 135.]

CRIMINAL LAW. *Transcript. Rules of supreme court.*

Where a record on appeal to the supreme court is not double-spaced as required by rule 1 of the rules of that court, the case will be remanded to the docket for the issuance of a writ of *certiorari* to the clerk of the lower court directing him to send up a proper transcript.

APPEAL from the circuit court of Marshall county.
HON. H. K. MAHON, Judge.
Watson Howell was convicted of a crime and appeals.
The facts are fully stated in the opinion of the court.

*Smith & Totten* and *D. M. Featherston,* attorneys for
appellant.

*Claud Clayton,* assistant attorney-general, for state.

SMITH, C. J., delivered the opinion of the court.

The greater part of the record in this case is not dou-
ble-spaced, as required by rule 1. The cause is therefore
remanded to the docket, for the issuance of a writ of
*certiorari* to the clerk of the lower court, directing him
to send up a proper transcript.

*Remanded.*